IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00017-MP-AK

GREGORY J. HALL,
JEFFERY ROBINSON,
MILTON LENARD BROWN,
MICHAEL DEALLO MCLEOD,
COREY B. BROWN,

    Defendants.
_____/

**O R D E R**

    This matter is before the Court on Doc. 137, Motion for Date Certain for Trial filed by the United States. In its motion, the United States requests that this Court schedule a hearing to set a date certain for trial. The motion is granted. A telephone conference will be held on Tuesday, September 27, 2005, at 3:00 P.M. to address the matter. Assistant United States Attorney Gregory P. McMahon will be responsible for getting the parties together into a conference call, including the court reporter Christine Bordenave at 352-380-2758, and then initiating the call into the court at (352) 380-2415.

    **DONE AND ORDERED** this  *22nd* day of September, 2005

                                    *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge