IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                       CASE NO. 1:05-cr-00017-MP-AK

JEFFERY ROBINSON,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 200, Motion to Continue Sentencing by Jeffery Robinson. Defendant's sentencing is currently set for April 28, 2006. The defendant requests the continuance in order to continue providing assistance to the Government. A telephone hearing was held on this matter on Wednesday, April 19, 2006, at which time the Government indicated that it does not oppose the motion. Accordingly, defendant's motion is granted. Defendant's sentencing is hereby rescheduled for Wednesday, June 21, 2006, at 2:00 p.m.

    **DONE AND ORDERED** this   *20th* day of April, 2006

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge