IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00017-MP-AK

JEFFERY ROBINSON,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 225, Motion to Continue Sentencing by Jeffery Robinson. The defendant requests the continuance so that he may continue to provide assistance to the Government in an ongoing case against his co-defendants. A telephone hearing was held on this matter on Thursday, June 15, 2006. During the hearing, counsel for the defendant indicated that the Government was unable to attend the hearing, but represented to the court that the Government had no objections to the motion. Accordingly, the motion is granted. Defendant's sentencing is hereby continued until Thursday, August 31, 2006, at 1:30 p.m.

    **DONE AND ORDERED** this __15th__ day of June, 2006

                  *s/Maurice M. Paul*
              Maurice M. Paul, Senior District Judge