IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:05-cr-00017-MP-AK

JEFFERY ROBINSON,
MILTON LENARD BROWN,
MICHAEL DEALLO McLEOD,

    Defendants.
_____/

## O R D E R

This matter is before the Court on Doc. 258, Motion to Continue Sentencing filed by Jeffery Robinson, Doc. 262, Motion to Continue Sentencing filed by Michael McLeod, and Doc. 264, Second Motion to Continue Sentencing filed by Milton Brown. The defendants request the continuances so that they may each continue to provide assistance to the Government. A telephone hearing was held on this matter on Friday, August 18, 2006. During the hearing, the Government indicated that it did not object to any of the motions. Accordingly, the motions are granted. Therefore, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    Defendant Robinson's sentencing is hereby continued until Wednesday, October 18, 2006, at 2:00 p.m.

    2.    Defendant Brown's sentencing is hereby continued until Wednesday, October 18, 2006, at 2:30 p.m.

    3.    Defendant McLeod's sentencing is hereby continued until Wednesday, October 18, 2006, at 3:00 p.m.

**DONE AND ORDERED** this   *28th*   day of August, 2006

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
