# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.  **CASE NO. 1:05-cr-00017-MP-AK**

JEFFERY ROBINSON,

    Defendant.

_____/

## **O R D E R**

This matter is before the Court on Doc. 324, Motion to Continue Sentencing, filed by Defendant Robinson. A telephone hearing was held on this motion on Thursday, January 18, 2007. At the hearing, Defendant Robinson requested a continuance because he is currently providing assistance to the Government, and because he is potential witness against his co-defendants, whose trial has been continued. The Government does not object. Since the continuance will allow Defendant to complete his assistance and allow the Government to evaluate that assistance, the motion is granted. Accordingly, the sentencing date of Defendant Robinson, currently set for February 1, 2007, is hereby continued to Thursday, March 22, 2007, at 10:00 a.m.

    **DONE AND ORDERED** this _19th_ day of January, 2007

                             *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge